IN THE UNITED STATES DISTRICT COURT, FOR THE WESTERN DISTRICT OF MICHIGAN

COREY DESHON BLOCKER          )

PLAINTIFF                          )

V.                               )

J.P MORGAN CHASE            )

DEFENDANT                 ) CASE #~~1:26-CV-7158~~

CITY RESCUE MISSION        ) REQUEST TRIAL BY JURY

CO-DEFENDANT             )

ROBERT J. JONKER           )

CO-DEFENDANT             )

DOGE                          )

CO-DEFENDANT             )

DONALD J. TRUMP            )

CO-DEFENDANT             )

UNITED STATES SUPREME COURT  )

CO-DEFENDANT             )

**FILED - LN**

July 1, 2026 11:34 AM
CLERK  OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __jlg /_____    SCANNED BY: ___ 7/1/26

**1:26-cv-1978**

**Jane M. Beckering,
U.S. District Judge**

**EXECUTIVE COMPLAINT TO COLLATERAL ATTACK THE PAUPER STATUS DENIAL, FOR FRAUD UPON THE COURT.**

Corey Deshon Blocker makes said executive complaint, for this court records, and on this court records. Corey Deshon Blocker makes this executive complaint to collateral attack the pauper status denial, for fraud upon the court committed by this court in the proceedings allowing other judges to adjudicate this case without authority or cause. Then there is the fact that this court has in every case filed by Corey Deshon Blocker in this court, held said entity to the same standard as an attorney, violating the due process clause of the 14th amendment to commit said fraud. Then this court has held every collateral attack as an ongoing case, and not the entirely new case each collateral attack was/is again violating Corey Deshon Blocker's due process. This court has also not given Corey Deshon Blocker remedy by relying on the run-on case theme to deny that each case has had merit in sworn affidavits that have never been challenge in any case Corey Deshon Blocker has filed. Which by law silence is acceptance in the court of law, and the reason each judge in every case has further committed fraud upon the court by litigating from the bench. Corey Deshon Blocker now introduces into evidence the proof that the department of education, first committed wire fraud by falsifying loan documents to commit fraud with the student loan that the evidence proves for the past 30 years Corey Deshon Blocker's credit history has been affected negatively by the fraud the department of education committed by placing a falsified

loan of Corey Deshon Blocker's credit. Furthermore, Corey Deshon Blocker has demanded the wet signature for the loan in dispute letters proving the department of education still has said loan in its portfolio. Which it does not, also the department of education under Linda McMahon allowed Doge to illegally access Corey Deshon Blocker's data, to resubmit this fraudulent loan back on Corey Deshon Blocker's data to purposely deny Corey Deshon Blocker federal student aid, and now a direct farm loan. Therefore, the fact that this court has never given Corey Deshon Blocker remedy in the fact of his executive complaint to collateral attack cases voids each pauper status denial, and this court under Marbury V. Madison must void each pauper status denial and proceed with this case. The other case orders must be voided too, however that's for those case. For this case this court must void its order and reinstate this case in entirety. There is also the fact that the FSA Colorado offices has ban Corey Deshon Blocker From every office for the corruption of their agency trying to steal Corey Deshon Blocker's land and loan by denying that Corey Deshon Blocker has sent every document needed to finalize the loan before the 24th of June 2026. Which is further reason this court has denied remedy, covering up the corruption of each branch of government, and the treason being committed by each branch of government against the U.S constitution. Which is the reason Corey Deshon Blocker invoking the 25th amendment: because as Nicholas Cage stated it is Corey Deshon Blocker's duty.

RESPECTFULLY SUBMITTED

COREY DESHON BLOCKER

I CERTIFY THAT A TRUE AN EXACT COPY OF THIS INSRTUMENT HAS BEEN SENT TO EACH OF THE DEFENDANTS, AND THEIR AFFILIATES ON THIS THE 23 DAY OF JUNE 2026 VIA U.S MAIL, FAX, EMAIL.

RESPECTFULLY SUBMITTED

COREY DESHON BLOCKER

J.P MORGAN CHASE

270 PARK AVE

NEW YORK NY 10017

CITY RESCUE MISSION

415 WEST KALAMAZOO ST

LANSING MI 48933

ROBERT J. JONKER

110 MICHIGAN ST

GRAND RAPIDS MI 49503

DOGE

950 PENNSYLVANIA AVE NW

WASHINGTON D.C 20503

DONALD J. TRUMP

1600 PENNSYLVANIA AVE NW

WASHINGTON D.C 20503

UNITED STATES SUPREME COURT

950 PENNSYLVANIA AVE NW

WASHINGTON D.C 20503

DEPAETRMENT OF EDUCATION

ATTENTION ASHLEY

FAX # 1-240-931-3323

COLORADO FSA OFFICE

ROYAL WOODY EMAIL

WOODY.WOODS@USDA.GOV

COREY DESHON BLOCKER

315 WEST ALLEGAN ST

PO BOX 11004

LANSING MI 48901

517-755-7521